CONNECTICUT BANK AND TRUST COMPANY, N.A. *v.*
JOHN J. DALEY, JR., ET AL.
(10371)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued February 19—decision released March 10, 1992

*Brian S. Cantor,* for the appellant (named defendant).
*Barbara F. Green,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.